EUGENE M. PAK (No. 168699)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

R. ALLYN TAYLOR (No. 118428)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
T: (650) 833-2000
F: (650) 833-2001

Attorneys for Plaintiff
SEMICONDUCTOR EQUIPMENT AND MATERIALS INT'L CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR EQUIPMENT AND MATERIALS INT'L CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS, INC., dba SEMICONTIMES, a California corporation,<br><br>Defendant. | CASE NO. C 07-00088 JL<br><br>**STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER** |

Plaintiff Semiconductor Equipment and Materials International Corporation ("SEMI") and Defendant Lighthouse Worldwide Solutions, Inc. hereby make this stipulated request to continue the case management conference and related deadlines for approximately 42 days, as set forth below:

WHEREAS the and First Amended Complaint was filed and served (with original complaint) on or about February 28, 2007;

WHEREAS Defendant Lighthouse Worldwide Solutions has not yet formally appeared in this matter;

WHEREAS the parties are currently in the process of negotiating a settlement of this

SANF1\366351.1

DLA PIPER US LLP

-1-   STIPULATED REQUEST FOR RELIEF FROM
CMC SCHEDULE; [PROPOSED] ORDER

action;

WHEREAS counsel for Plaintiff will be outside of California and unavailable from April 13-May 1, 2007;

WHEREAS the parties wish to extend deadlines in this action as set forth below;

Pursuant to Local Rule 16-2(d), the parties, hereby enter into this stipulation pursuant to Local Rule 6-2, and request relief from the Order Setting Initial Case Management Conference.

IT IS HEREBY STIPULATED by and between the parties that the case management conference and other deadlines currently set be re-scheduled as set forth below:

May 2, 2007 - Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR certification with Stipulation to ADR process or Notice of Need for ADR phone conference.

May 16, 2007 - Last day to complete initial disclosures or state objection in Rule 26 (f) report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

May 23, 2007 - Case Management Conference in Courtroom F, 15th Floor, at 10:30 a.m..

Dated: March 7, 2007                         DLA PIPER US LLP
                                             Attorneys for Plaintiff


                                             /s/ Eugene M. Pak
                                             Eugene M. Pak
                                             153 Townsend Street, Suite 800
                                             San Francisco, California 94107-1957
                                             (415) 836-2500

Dated: March 7, 2007                         LIGHTHOUSE WORLDWIDE SOLUTIONS, INC.


                                             /s/Scott Salton
                                             Scott Salton, President

DLA PIPER US LLP

SANF1\366351.1

-2-   STIPULATED REQUEST FOR RELIEF FROM
      CMC SCHEDULE; [PROPOSED] ORDER

**IT IS SO ORDERED:**

Dated: __April 2__, 2007

By: _____
The Chief
Judge James Larson

*IT IS SO ORDERED*
*Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*