| | |
|---|---|
| 1 | EUGENE M. PAK (No. 168699)<br>DLA PIPER US LLP |
| 2 | 153 Townsend Street, Suite 800<br>San Francisco, CA 94107-1907 |
| 3 | Tel: (415) 836-2500<br>Fax: (415) 836-2501 |
| 4 | |
| 5 | R. ALLYN TAYLOR (No. 118428)<br>DLA PIPER US LLP |
| 6 | 2000 University Avenue<br>East Palo Alto, CA 94303-2248 |
| 7 | T: (650) 833-2000<br>F: (650) 833-2001 |
| 8 | Attorneys for Plaintiff<br>SEMICONDUCTOR EQUIPMENT AND MATERIALS INT'L CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR EQUIPMENT AND MATERIALS INT'L CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS, INC., dba SEMICONTIMES, a California corporation,<br><br>Defendant. | CASE NO. C 07-00088 JL<br><br>**SECOND STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER** |

Plaintiff Semiconductor Equipment and Materials International Corporation ("SEMI") and Defendant Lighthouse Worldwide Solutions, Inc. hereby make this stipulated request to continue the case management conference and related deadlines for sixty (60) days, as set forth below:

WHEREAS the and First Amended Complaint was filed and served (with original complaint) on or about February 28, 2007;

WHEREAS Defendant Lighthouse Worldwide Solutions has not yet formally appeared in this matter;

WHEREAS the parties have negotiated a settlement in principle of this action, and need additional time to finalize and memorialize such settlement;

SANF1\369989.1

-1- SECOND STIPULATED REQUEST FOR RELIEF
FROM CMC SCHEDULE; [PROPOSED] ORDER

DLA PIPER US LLP

1  WHEREAS the parties wish to extend deadlines in this action as set forth below;

2  Pursuant to Local Rule 16-2(d), the parties hereby enter into this stipulation pursuant to

3  Local Rule 6-2, and request relief from the Order Setting Initial Case Management Conference.

4  IT IS HEREBY STIPULATED by and between the parties that the case management

5  conference and other deadlines currently set be re-scheduled as set forth below:

6  <u>July 2, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR

7  process selection, and discovery plan; last day to file Joint ADR certification with

8  Stipulation to ADR process or Notice of Need for ADR phone conference.

9  <u>July 16, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)

10 report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and

11 <u>July 25, 2007</u> ~~July 23, 2007~~ - Case Management Conference in Courtroom F, 15th Floor, at 10:30 a.m...

12

13 Dated: May 10, 2007                    DLA PIPER US LLP
                                          Attorneys for Plaintiff
14

15                                        /s/ Eugene M. Pak
                                          Eugene M. Pak
16                                        153 Townsend Street, Suite 800
                                          San Francisco, California 94107-1957
17                                        (415) 836-2500
                                          Fax: (415) 836-2501
18

19 Dated: May 10, 2007                    LAW OFFICES OF JAMES BERRY
                                          Attorney for Defendant
20

21                                        /s/ James Berry
                                          James Berry
22                                        2007 West Hedding Street, Suite 100
                                          San Jose, CA 95128
23                                        408-246-1333
                                          fax: 408-246-0857
24

25

26

27

28

DLA PIPER US LLP

SANF1\369989.1

-2-    SECOND STIPULATED REQUEST FOR RELIEF
       FROM CMC SCHEDULE; [PROPOSED] ORDER

1  **IT IS SO ORDERED:**

2  Dated: ___May 11___, 2007



By: _____
The Honorable
Chief Judge James Larson

SANF1\369989.1

-3-  SECOND STIPULATED REQUEST FOR RELIEF
FROM CMC SCHEDULE; [PROPOSED] ORDER