EUGENE M. PAK (No. 168699)
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

R. ALLYN TAYLOR (No. 118428)
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
T: (650) 833-2000
F: (650) 833-2001

Attorneys for Plaintiff
SEMICONDUCTOR EQUIPMENT AND MATERIALS INT'L CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMICONDUCTOR EQUIPMENT AND MATERIALS INT'L CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGHTHOUSE WORLDWIDE SOLUTIONS, INC., dba SEMICONTIMES, a California corporation,<br><br>Defendant. | CASE NO. C 07-00088 JL<br><br>**FOURTH STIPULATED REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE SCHEDULE; [PROPOSED] ORDER** |

Plaintiff Semiconductor Equipment and Materials International Corporation ("SEMI") and Defendant Lighthouse Worldwide Solutions, Inc. hereby make this stipulated request to continue the case management conference and related deadlines for three months, as set forth below:

WHEREAS the parties have entered into a final, written Settlement Agreement resolving this matter;

WHEREAS the domain name at issue in this matter is to be transferred from Defendant to Plaintiff, pursuant to the Settlement Agreement;

WHEREAS the parties need additional time to complete the domain name transfer;

SANF1\369989.1

-1-    FOURTH STIPULATED REQUEST FOR RELIEF
       FROM CMC SCHEDULE; [PROPOSED] ORDER

DLA PIPER US LLP

1     WHEREAS, Plaintiff will file a Notice of Dismissal once the domain name is transferred;
2 and
3     WHEREAS the parties wish to extend deadlines in this action as set forth below;
4     Pursuant to Local Rule 16-2(d), the parties hereby enter into this stipulation pursuant to
5 Local Rule 6-2, and request relief from the Order Setting Initial Case Management Conference.
6     IT IS HEREBY STIPULATED by and between the parties that the case management
7 conference and other deadlines currently set be re-scheduled as set forth below:
8     <u>October 1, 2007</u> - Last day to meet and confer re initial disclosures, early settlement, ADR
9     process selection, and discovery plan; last day to file Joint ADR certification with
10     Stipulation to ADR process or Notice of Need for ADR phone conference.
11     <u>October 15, 2007</u> - Last day to complete initial disclosures or state objection in Rule 26 (f)
12     report, file/serve Case Management Statement, and file/serve Rule 26 (f) report; and
13     <u>October 24, 2007</u> [~~October XX, 2007~~] - Case Management Conference in Courtroom F, 15th Floor, at
14     10:30 a.m.

Dated: July 18, 2007      DLA PIPER US LLP
                                     Attorneys for Plaintiff

                                     /s/ Eugene M. Pak
                                     Eugene M. Pak
                                     153 Townsend Street, Suite 800
                                     San Francisco, California 94107-1957
                                     (415) 836-2500
                                     Fax: (415) 836-2501

Dated: July 18, 2007      LAW OFFICES OF JAMES BERRY
                                     Attorney for Defendant

                                     /s/ James Berry
                                     James Berry
                                     2007 West Hedding Street, Suite 100
                                     San Jose, CA 95128
                                     408-246-1333
                                     fax: 408-246-0857

DLA PIPER US LLP

SANFI\369989.1

**IT IS SO ORDERED:**

Dated: July 23, 2007

By: _/s/ James Larson_
The Honorable James Larson
Chief Magistrate Judge